UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80387-RS

HOWARD COHAN,

    Plaintiff,

vs.

1930 NORTH FEDERAL LLC
a Florida Limited Liability Company
d/b/a CHEVRON

    Defendant(s).
_____/

## REVISED JOINT NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN and the Defendant, 1930 NORTH FEDERAL LLC, a Florida Limited Liability Company, d/b/a CHEVRON, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED June 3, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Christian A. Petersen** |
| Gregory S. Sconzo, Esq. | Christian A. Petersen, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 154105 |
| Sconzo Law Office, P.A. | Olive Judd |
| 3825 PGA Boulevard, Suite 207 | 2426 East Las Olas Blvd. |
| Palm Beach Gardens, FL 33410 | Fort Lauderdale, FL 33301 |
| Telephone: (561) 729-0940 | Telephone: (954) 334-2250 |
| Facsimile: (561) 491-9459 | Email: cpetersen@oilvejudd.com |
| Email: greg@sconzolawoffice.com | *Attorney for Defendant* |
| Email: perri@sconzolawoffice.com | |
| Attorney for Plaintiff | |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                               **/s/ Gregory S. Sconzo**
                                               **Gregory S. Sconzo, Esq.**